UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT OF TEXAS

## ORDER TO DISBURSE CASH BOND

United States District Court
Southern District of Texas
FILED

MAR 0 2 2007

Michael N. Milby, Clerk

| Criminal Action Number | Termination Date | Division |
|---|---|---|
| 7:06-CR-536-01 | 12/06/06 | McAllen |

**Depositor's Names & Address**

David Lee McGhee

Bond is remitted to the person or business at the address on the affidavit of ownership previously submitted to the clerk.

7:06-CR-536-01

| Amount Deposited | Defendant's Name |
|---|---|
| $ 5,000.00 | ALONSO MARTIN FLORES |

    This cash deposit having been made to secure the defendant's bond and the case having been terminated, the Clerk is ordered to issue a registry check in the full amount of the deposit payable to the order of the person who deposited the money.

Signed on  2nd  day of  March , 2006. 7

_____
RANDY CRANE
United States District Judge

*Approved.*

United States District Clerk

By: _Ed Leandro_
    Ed Leandro
    Deputy Clerk

By: _____
    Financial Deputy Clerk

No objection.
United States Attorney

By: _____
    Assistant U.S. Attorney